**MORGAN, LEWIS & BOCKIUS LLP**
101 PARK AVENUE
NEW YORK, NEW YORK 10178
(212) 309-6000
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THOMAS J. FALLICA,

        Plaintiff,

    -against-

THE HOME DEPOT, INC.,

        Defendant.
-----------------------------------------------------------x

No. CV-05-2972 (DRH) (AKT)

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the above-captioned action shall be, and hereby is, dismissed with prejudice and on the merits and without costs or attorneys' fees to any party as against the other.

STIPULATED AND AGREED:

By: _____
Steven E. Losquadro (SEL-4670)

By: _____
Seth M. Kaplan (SK-0449)
Amanda N. Slatin (AS-5070)

STEVEN E. LOSQUADRO, P.C.
649 Route 25A, Suite 4
Rocky Point, New York 11778
(631) 744-9070
*Attorney for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000
*Attorneys for Defendant
Home Depot U.S.A., Inc.*

Dated: March 22, 2006

March 28, 2006

**SO ORDERED:**

_____
Denis R. Hurley, U.S.D.J.

1-NY/2012387.1